## Rogers *v.* The State.

APPEAL from the City Court of Montgomery.
Tried before the Hon. WILLIAM H. THOMAS.

WILFORD H. SMITH, for appellant.

MASSEY WILSON, Attorney-General, and S. H. DENT, JR., for the State.

The appellant in this case was indicted and tried for murder; was convicted of murder in the second degree, and sentenced to the penitentiary for twenty-five years.

The judgment is reversed and the cause remanded on the authority of the decision and in pursuance of the mandate of the Supreme Court of the United States.

Opinion PER CURIAM.